

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Isaiah Elias Lara,       * From the 358th District Court
               of Ector County,
               Trial Court No. D-20-1474-CR.

Vs. No. 11-24-00253-CR      * August 29, 2025

The State of Texas,       * Memorandum Opinion by Bailey, C.J.
               (Panel consists of: Bailey, C.J.,
               Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.